UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IN RE: Richard R. Howarth, Jr.

M. B. D. #
04MBD 10016

### ORDER OF DISBARMENT

PER CURIAM                                                       January 11, 2003

The Court having been advised that Richard R. Howarth has been disbarred by the Supreme Judicial Court from the practice of law at the bar of the Commonwealth of Massachusetts and is likewise forthwith disbarred from the practice of law at the bar of the United States District Court for the District of Massachusetts.

Should Richard R. Howarth, Jr. desire to invoke the procedures and make the showing required by Local Rule 83.6(2)(B)(ii), the Court shall be informed within 30 days of the date of this order and the Court will schedule a hearing thereon within 15 days following such notification as required by the Local Rule.

Upon notification of action taken by Richard R. Howarth, Jr. to invoke such procedures the Court will consider imposing reciprocal discipline pursuant to Local Rule 83.6(2)(C).

Richard R. Howarth, Jr. shall forthwith notify clients and opposing counsel in any cases now pending in this court and the Bankruptcy Court in this District of this order of disbarment.

Date January 12, 2004

William G. Young
CHIEF JUDGE